UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES,                                             :
                                                           :
                                                           :
        - against -                                        :        23-CR-174 (VSB)
                                                           :
                                                           :        **ORDER**
JASON FLEMING,                                             :
                                                           :
                          Defendant.                       :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        The arraignment and initial conference in this matter is set for April 6, 2023, at 12:30

p.m., in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York,

New York 10007.

SO ORDERED.

Dated: April 3, 2023
        New York, New York

_____
Vernon S. Broderick
United States District Judge